UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, et al. | ) |
| | ) No. 10-1513-RBW |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN SALAZAR, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF REGINA HENDRIX

I, Regina Hendrix, do declare and have personal knowledge of the following matters:

1. My name is Regina Hendrix, and I currently reside at 65 Bradford Court, Charles Town, West Virginia, 25414.

2. I am a member of the West Virginia Chapter of the Sierra Club, a local and national environmental and educational organization. I have been an active member of the organization since 2001. During this time, I have served in a variety of leadership positions, including my current position as the Political Chair, as well as past positions as the Chapter Chair and Deputy Chapter Chair. The Sierra Club and its West Virginia state chapter work to protect local communities from the destructive ecological impacts of coal mining.

3. Plaintiff Sierra Club ("Sierra Club") is a national, non-profit environmental and conservation organization incorporated under the laws of the State of California, which maintains an office in the District of Columbia. The Sierra Club has more than 622,500 members nationwide, 2,000 of whom live in West Virginia and belong to its West Virginia Chapter, including members who reside near and are directly affected by the decision to remove the Blair Mountain site from the National Register of Historic Places. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the Earth; to practicing and promoting the responsible use of the Earth's resources and ecosystems; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. The West Virginia Chapter of the Sierra Club has been involved in efforts to protect Blair Mountain for many years, participating in earlier campaigns to nominate the site, and providing grants to local residents and organizations to support their work at the site. Listing of the site in the National Register would allow Sierra Club members to enjoy this valuable resource and protect it for future generations. Sierra Club brings this action on behalf of itself and its adversely affected members.

1

4. Additionally, I am a member of the Ohio Valley Environmental Coalition ("OVEC"). OVEC is a non-profit grassroots organization dedicated to protecting and preserving the environment and stopping mountain top removal mining through education, coalition building and media outreach.

5. Ohio Valley Environmental Coalition ("OVEC") is a nonprofit environmental organization with approximately 1,500 members. Its principal place of business is Huntington, West Virginia. Its mission is to organize and maintain a diverse grassroots organization dedicated to the improvement and preservation of the environment through education, grassroots organizing, coalition building, leadership development, and media outreach. OVEC has members whose forefathers battled for the mine workers union at the Blair Mountain uprising. OVEC members have worked for close to a decade to try to protect and preserve Blair Mountain, including joining in efforts to have the site listed in the National Register of Historic Places. OVEC brings this action on behalf of itself and its adversely affected members.

6. While my current home is in Charles Town, West Virginia, I was born in southern West Virginia in the Kanawha Valley, which is close to Blair Mountain, and still have family and friends in that area. I've had a longstanding love affair with the mountainous terrain in Southern West Virginia. As children, my brother and I spent a lot of time exploring the mountains. I left West Virginia in the mid-1950's because the jobs were mainly in the extraction industries and I sought out other opportunities. I suffered a 43-year economic exile and came back to West Virginia in 1998 when I retired. When I returned to West Virginia, my brother took me four-wheeling a number of times. He kept taking me past collapsed highwalls, piles of slag and around the mountaintop removal sites. When I suggested we visit some pristine and undisturbed areas he told me they were scarce in that part of the state.

7. I was employed at the West Virginia State Historic Preservation Office from approximately 2001 until 2006 and got an eye opener on West Virginia history. It was while I worked here that I first became aware of the historical significance of Blair Mountain and the 1921 Battle. The Battle at Blair Mountain had never been in the history books while I was going to school in West Virginia. To this day, the subject is not being adequately covered.

8. It is important to me that the site, and the archaeological relics still found there, receive permanent protection ensuring there will be something left to show future generations so that they can learn about this important piece of our history. I am very concerned that the site will be destroyed if it is not listed on the National Register of Historic Places, and this greatly upsets me.

9. Because of my employment experience with the West Virginia State Historic Preservation Office, I know the importance of state and federal agencies complying with the regulations that guide their work. I am concerned that, in the case of Blair Mountain and its removal from the National Register of Historic Places, the National Park Service

2

and the Keeper of the National Register did not properly follow the applicable regulations. This failure to follow the regulations concerns me because it affects the transparency and reliability of the listing process, and may lead to distrust and a lack of citizen participation in future listing decisions.

10. I believe that, as the site of the 1921 battle between miners and the U.S. government, Blair Mountain holds local, regional and national historical significance. Blair Mountain was the site of the largest armed labor conflict in U.S. history. This place and the battles that took place there are noteworthy for West Virginia history. However, the importance of Blair Mountain goes far beyond West Virginia. The struggle to unionize the mines was not won at Blair but it paved the way for Roosevelt's New Deal Legislation including the National Industrial Recovery Act which was passed in 1933.

11. Due to the historic significance of the site, I spearheaded efforts to list Blair Mountain on the National Register of Historic Places starting around 2004. After I learned of the battle and got to know Kenny King, another citizen concerned with the destruction of Blair Mountain, we worked to locate support for the nomination. As part of these efforts, I contacted various local community groups, wrote emails, solicited a request for proposal to obtain assistance in writing the nomination, obtained maps, made several visits to Blair Mountain, and led tours of the battle sites for interested individuals.

12. Starting around 2004, I have made at least five visits to the various battle sites at Blair Mountain, and I intend to continue to visit the area. While I moved from the Kanawha Valley last year because I was having problems with the chemical pollution, I still visit that area on my trips back to Charleston and I will continue to do so. I most recently visited the battle site in September 2010 and have plans to return to Blair Mountain for the re-enactment of the miner's march this June 2011.

13. I am now living in Jefferson County, the site of the jail and the Charles Town court house where the miners were tried after the Blair Mountain Battle (also where John Brown was tried in 1859). The activists in Jefferson County have been successful in saving the jail from becoming a parking lot. The building has been renovated and the Jefferson County activists would like to have a small museum room containing information about the battle and encouraging tourism to visit the battle site, if we can save it. It does not make sense to save the jail where the miners were tried and then to leave the battle site unprotected from destruction, including by mountaintop removal mining. It does not make sense to blow up such an integral part of our national labor history.

14. I am aware that there are efforts to obtain mining permits on Blair Mountain. I am also aware that there has been recent bulldozer activity on the site that has destroyed several areas of archaeological interest. Keeping Blair Mountain off the National Register of Historic Places leaves it vulnerable to invasive activities, including mountaintop removal mining. My ability to visit and enjoy the battle sites and surrounding areas would be adversely impacted by keeping Blair Mountain Battlefield off of the National Register of Historic Places because it will be vulnerable to these destructive activities. It upsets me to know that this important historic resource, and the lessons it holds, will not be available

to future generations. I believe that restoring Blair Mountain on the National Register of Historic places would provide greater protections for this important historical site. I will be reassured to know that this valuable piece of our history, and this beautiful mountain landscape, will be protected for the future. If the decision to remove Blair Mountain from the National Register is reversed, I will also be reassured to know that the Park Service, including the Keeper of the National Register, is once again following the law and its guiding regulations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2011.

*Regina Hendrix*
Regina Hendrix