# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, *et al.* | ) |
| | ) No. 10-1513-RBW |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN SALAZAR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DR. HARVARD G. AYERS

I, Dr. Harvard G. Ayers, declare and have personal knowledge of the following matters:

1. My name is Harvard Ayers and I reside in Boone, North Carolina. I am a Professor Emeritus in the Department of Anthropology, Appalachian State University, Sanford Hall, Boone, NC 28608.

2. I am a founding member of the Friends of Blair Mountain, a group that I started approximately three years ago. The Friends of Blair Mountain was formed to protect the historical and archaeological resources of the Blair Mountain battlefield.

3. Friends of Blair Mountain was incorporated on August 2, 2010, in the state of West Virginia to protect the historic attributes of the 1600 acre Blair Mountain Battlefield in Logan County, West Virginia. Friends of Blair Mountain has undertaken efforts to educate the public and policymakers about the history and significance of Blair Mountain Battlefield and has supported the effort to secure National Register-listing for the site.

4. Additionally, I am a current member of the Sierra Club and of its North Carolina Chapter's Blue Ridge Group, a local and national environmental and educational organization. I have been a member at various points since 1977. During my time as a Sierra Club member, I helped found the Blue Ridge Group and served as the state vice chair of the North Carolina chapter. The Sierra Club and its state chapters work to protect the environment, including areas of importance to Appalachian communities.

5.  Plaintiff Sierra Club ("Sierra Club") is a national, non-profit environmental and conservation organization incorporated under the laws of the State of California, which maintains an office in the District of Columbia. The Sierra Club has more than 622,500 members nationwide, 2,000 of whom live in West Virginia and belong to its West Virginia Chapter, including members who reside near and are directly affected by the decision to remove the Blair Mountain site from the National Register of Historic Places. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the Earth; to practicing and promoting the responsible use of the Earth's resources and ecosystems; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. The West Virginia Chapter of the Sierra Club has been involved in efforts to protect Blair Mountain for many years, participating in earlier campaigns to nominate the site, and providing grants to local residents and organizations to support their work at the site. Listing of the site in the National Register would allow Sierra Club members to enjoy this valuable resource and protect it for future generations. Sierra Club brings this action on behalf of itself and its adversely affected members.

6.  For approximately 40 years, I have been involved in the fields of anthropology and archaeology. As a professor, my work has focused on archaeology in the Southeastern United States and, in particular, the Southern Appalachians. I first became aware of the Blair Mountain site in 1999 through my contact with Kenny King, an area resident, which prompted further research.

7.  Beginning in 1999 and continuing to the present day, I have made several research trips to Blair Mountain. I intend to continue these trips in the future. Over the course of the past 11 years, I have made more than 15 trips to the area. I conducted an initial study of the area in 1999. In 2006, I undertook an extensive three month-long archaeological study of the Blair Mountain battle sites. I was most recently in the area in March 23, 2011. I currently have plans to return to the Blair Mountain area in June 2011, for a Blair Mountain march re-enactment and rally. I have also taken students to the Blair Mountain site to conduct research, and have given tours to those individuals interested in Blair Mountain's history. In addition, along with Kenny King, I was filmed doing field archeology at the site of the Battle of Blair Mountain in 2007 by a TV crew shooting footage for the History Channel's "Hillbilly, the Real Story." That feature, which includes our work along with other broad-ranging topics on Appalachia, has been aired dozens of times over the last several years. In fact, I am now talking with the producers of that feature about doing an hour-long special focused just on the Battle of Blair Mountain, again for the History Channel. Further, on March 23, 2011, I was filmed by a CNN TV crew near Blair Mountain telling them about my involvement in Blair Mountain Archeological research. They are making an hour-long feature on the Battle of Blair Mountain issue which is expected to be aired in late July of this year.

8.  During my 2006 research trip, I documented 14 archeological sites along a 10 mile battle front, stretching from the Blairs Crest to the Mill Creek Gap. Many of these sites contained hundreds of artifacts. Remarkably, until this 2006 study, none of the Blair

Mountain archaeological sites had been professionally recorded. Previous research in the area was tenuous and largely hampered by the coal industry.

9. More archaeological work remains to be done at Blair Mountain. I continue to work at the Blair Mountain Battlefield, and am in contact with other researchers who are undertaking studies in the area.

10. In addition to my professional work at the Blair Mountain site, I feel a personal connection to the site and the mountain itself. Much of the surrounding area has been destroyed by coal mining. It upsets me to think that Blair Mountain could similarly be destroyed. I hope to continue visiting the area in the future, but would be unlikely to do so if Blair Mountain is not restored to the National Register of Historic Places and is destroyed by mining or other activities.

11. In their current state, the battlefields maintain a high level of archeological integrity. However, since Blair Mountain was removed from the National Register, activities like bulldozing have occurred. Barring the return of the sites to the National Register of Historic Places, I fear that the battlefield sites at Blair Mountain will eventually be destroyed. Bulldozing this area destroys the topsoil in which the artifacts are located. If continued and the site remains off the National Register, these activities would compromise the integrity of these archaeological sites and would inhibit my ability to conduct future research at Blair Mountain. It would also inhibit my ability to visit and enjoy these sites, and would be like ripping pages out of the only history book which fully describes the battle—the archeological record is irreplaceable.

12. Because of my experience as an anthropologist and archaeologist, I know the importance of state and federal historic preservation laws and, in particular, of state and federal agencies complying with the regulations for providing these protections to historic areas. I am concerned that, in the case of Blair Mountain and its removal from the National Register of Historic Places, the National Park Service and the Keeper of the National Register did not properly follow the applicable regulations. This failure to follow the regulations concerns me because it affects the transparency and reliability of the listing process, and may lead to distrust and a lack of citizen participation in future listing decisions. I know that the work that I and my fellow archaeologists conduct often contributes to the listing of sites on the National Register. I am interested in ensuring that the listing process is carried out as directed by law. I am concerned that my fellow archaeologists and I may be less likely to participate in future listing decisions if we lose faith in the fairness and reliability of the process.

13. The archeological evidence that I have documented through my research at Blair Mountain tells a story of this battle that is incredibly important to labor history. From a historical and archeological perspective, it would be a travesty if this site were not preserved. I certainly think Blair Mountain deserves the same historic protections afforded to other sites on the National Register of Historic Places, many of which have less historical prominence than this one. I believe that the original listing was done

properly, and am concerned that the decision to remove the site from the National Register was improper and could damage the faith of the public, and of my fellow archaeologists, in the listing process. I believe that restoring the site to the National Register would provide more protection of the battle sites at Blair Mountain. It will be reassuring to me to know that this important historical, archaeological, and cultural site will be protected for the future. I will also be reassured, if the decision to remove Blair Mountain from the National Register is reversed, to know that the Park Service, including the Keeper of the National Register, is once again following the law and its guiding regulations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28 day of March, 2011.

_Harward G. Ayers_
Dr. Harvard G. Ayers