UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SIERRA CLUB, *et al.*        )
                             ) No. 10-1513-RBW
        Plaintiffs,  )
                             )
v.                           )
                             )
KEN SALAZAR, *et al.*,       )
                             )
        Defendants.  )
_____)

**SUPPLEMENTAL DECLARATION OF REGINA HENDRIX**

I, Regina Hendrix, do declare and have personal knowledge of the following matters:

1. My name is Regina Hendrix, and I reside in Charles Town, WV. I am a member of the West Virginia Chapter of the Sierra Club, a local and national environmental and educational organization. I have been an active member of the organization since 2001. During this time, I have served in a variety of leadership positions, including my current position as the Political Chair, as well as past positions as the Chapter Chair and Deputy Chapter Chair. The Sierra Club and its West Virginia state chapter work to protect local communities from the destructive ecological impacts of coal mining.

2. Plaintiff Sierra Club ("Sierra Club") is a national, non-profit environmental and conservation organization incorporated under the laws of the State of California, which maintains an office in the District of Columbia. The Sierra Club has more than 622,500 members nationwide, 2,000 of whom live in West Virginia and belong to its West Virginia Chapter, including members who reside near and are directly affected by the decision to remove the Blair Mountain site from the National Register of Historic Places. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the Earth; to practicing and promoting the responsible use of the Earth's resources and ecosystems; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. The West Virginia Chapter of the Sierra Club has been involved in efforts to protect Blair Mountain for many years, participating in earlier campaigns to nominate the site, and providing grants to local residents and organizations to support their work at the site. Listing of the site in the National Register would allow Sierra Club members to enjoy this valuable resource and protect it for future generations. Sierra Club brings this action on behalf of itself and its adversely affected members.

3. Additionally, I am a member of the Board of the Ohio Valley Environmental Coalition ("OVEC"). OVEC is a non-profit grassroots organization dedicated to protecting and

preserving the environment and stopping mountain top removal mining through education, coalition building and media outreach.

4. Ohio Valley Environmental Coalition ("OVEC") is a nonprofit environmental organization with approximately 1,500 members. Its principal place of business is Huntington, West Virginia. Its mission is to organize and maintain a diverse grassroots organization dedicated to the improvement and preservation of the environment through education, grassroots organizing, coalition building, leadership development, and media outreach. OVEC has members whose forefathers battled for the mine workers union at the Blair Mountain uprising. OVEC members have worked for close to a decade to try to protect and preserve Blair Mountain, including joining in efforts to have the site listed in the National Register of Historic Places. OVEC brings this action on behalf of itself and its adversely affected members.

5. The Sierra Club and OVEC, along with several other plaintiffs to this action, submitted a lands unsuitable for surface coal mining petition to the West Virginia Department of Environmental Protection on June 2, 2011. This petition, submitted pursuant to the pursuant to the Surface Mining Control and Reclamation Act, 30 U.S.C. and the West Virginia Surface Coal Mining Control and Reclamation Act, WV Code § 23-3-22 and WV Code R. § 38-2-3.17 and § 38-2-3.19.7, requested that the Blair Mountain Battlefield area, as nominated to the National Register for Historic Places, be designated as lands unsuitable for surface coal mining. The petition and its exhibits, particularly Exhibit L, discuss the immediate coal mining threats near and on the Blair Mountain Battlefield. A true and correct copy of this petition is attached hereto as Exhibit A.

6. Several threats to mine Blair Mountain exist. For example, the Sierra Club, along with plaintiff the National Trust for Historic Preservation, sent a letter on November 23, 2010, to the West Virginia Department of Environmental Protection to comment on the Aracoma Coal Company's proposed Surface Mining Act Permit S-5035-08, known as the Piney Branch Surface Mine, which would adversely affect the Blair Mountain Battlefield. A true and correct copy of this letter is attached hereto as Exhibit B.

7. On November 15, 2007, Sierra Club and National Trust for Historic Preservation submitted a letter, attached hereto as Exhibit C, to the Army Corps of Engineers concerning the Adkins Fork Surface mine which is located in the southern end of the Blair Mountain Battlefield.

8. The Sierra Club has also requested consulting party status in the review process under Section 106 of the National Historic Preservation Act for all Section 404 permits relating to coal mining activities with a potential impact the Blair Mountain Battlefield, which attached hereto as Exhibit D.

9. Sierra Club and co-plaintiff National Trust for Historic Preservation sent a letter to the West Virginia DEP regarding the impact of Mingo Logan Left Fork Surface Mine (Permit No. S-5081-87) on Blair Mountain, attached hereto as exhibit E.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2011.

_Regina Hendrix_
Regina Hendrix