

November 23, 2010

Mr. Lawrence Alt
Permit Supervisor
West Virginia Department of Environmental Protection
Division of Mining and Reclamation
1101 George Kostas Dr.
*Logan*, WV 25601

Re:   Aracoma Coal Co.
      SMA Permit No. S-5035-08

Dear Mr. Alt:

On behalf of the National Trust for Historic Preservation and the Sierra Club, we are writing to express our concern that the Aracoma Coal Company's pending application for the Pine Fork Surface Mine project (Surface Mining Act (SMA) permit No. S-5035-08, also known as Piney Branch Surface Mine) will adversely affect the nationally significant Blair Mountain battlefield and its surrounding viewshed and setting. Additional information must be provided regarding the proposed permit's effects on historic resources, and the public review guaranteed by the National Historic Preservation Act (NHPA) must be completed, before any permit is approved.

These comments are submitted pursuant to West Virginia Code 29-1-8(a) and the West Virginia Code of State Rules, CSR 38-2-3.17 and CSR 82-2-5.4. As you know, state law requires the West Virginia Division of Culture and History (State Historic Preservation Office, or "SHPO") to review all undertakings permitted in whole or in part by the state (including surface coal mining permits), and to evaluate the potential adverse effects of each permit on historic properties, "giving consideration to the views . . . of interested persons." CSR 82-2-5.4. The applicant is required to provide detailed information regarding historic and archaeological resources — not only within the proposed permit area, but also within "adjacent areas." CSR 38-2-3.17.a.-b.

The Secretary of the Department of Environmental Protection has the authority to require the applicant to "protect" historic and archaeological properties (including those that are eligible for, but not listed on, the National Register), "through appropriate mitigation and treatment measures." CSR 38-2-3.17.d. We urge the West Virginia Department of Environmental Protection (DEP) to exercise this authority in order to ensure that the nationally significant Blair Mountain Battlefield is fully protected from the adverse effects of any mining activities.

The National Trust for Historic Preservation and the Sierra Club are interested parties with respect to the pending permit application, as we have been intensively involved for many years in the effort to

protect the Blair Mountain battlefield. In 2006, the National Trust named Blair Mountain one of *America's 11 Most Endangered Historic Places*. Recently, both the National Trust and the Sierra Club filed a petition to reverse the unlawful removal of Blair Mountain from the National Register of Historic Places, and the Sierra Club has filed a federal lawsuit to reinstate Blair Mountain's National Register listing.[1] Although the National Register-listing of Blair Mountain Battlefield is in dispute, its National Register-eligibility is not.

The National Trust and Sierra Club have also previously requested consulting party status for federal review of permits affecting Blair Mountain, pursuant to Section 106 of the National Historic Preservation Act. With this letter, we request to serve as consulting parties with respect to any federal permit applications that may be filed with potential effects on Blair Mountain. At this time, the National Trust for Historic Preservation and the Sierra Club also request to serve as interested parties in DEP's review of SMA Permit No. S-5035-08.

### Impacts to the Blair Mountain Battlefield

It appears that an extensive portion of the proposed permit area will border or even intrude into the National Register-eligible boundary for the Blair Mountain battlefield. In a letter dated July 27, 2009, the SHPO requested additional information to verify the relationship of this permit to the Blair boundary. We also request a more detailed analysis, as well as an extension of the public comment period, so that we may adequately comment on the direct impacts to the battlefield site.

The proposed SMA Permit No. S-5035-08 would, in any instance, adversely impact the viewshed and context of the Blair Mountain battlefield. As the SHPO indicated in its July 2009 letter, the proposed mine could diminish the integrity of the battlefield with the introduction of incompatible visual and audio disturbances. Moreover, the cumulative impact of current mining permits in the area, coupled with pending permits like this one, on this critically significant historic place is not fully understood and must be explained, with an adequate period for public review, before any further permits are issued.

Finally, in its July 2009 letter, the SHPO indicates that the area proposed for surface mining under SMA Permit No. S-5035-08 has the potential for archaeological resources associated with the Battle of Blair Mountain. In addition, the SHPO refers to at least 15 known archaeological sites – primarily prehistoric scatters and rock shelters – within a one and one-half mile radius of the permit area. This cluster indicates a strong likelihood of additional prehistoric and historic archaeological sites within the permit area, beyond those resources related to the Blair Mountain battlefield.

For these reasons, a Phase 1 archaeological survey, as specifically authorized by CSR 38-2-3.17.b., must be completed and made available for public comment before the approval of any permit for this area.

---

1 As you know, National Register listing provides a higher degree of protection for historic properties from the adverse impacts of mining, including a prohibition on adverse impacts in the absence of valid existing rights. 30 U.S.C. § 1272(e)(3); W.V. Code § 22-3-22.(d)(2); CSR 38-2-3.17.c. The Blair Mountain Battlefield was listed on the National Register from March 30 to December 30, 2009, and its removal from the National Register has been challenged in a pending federal lawsuit. *Sierra Club, et al. v. Salazar*, No. 10-1513 (D.D.C., filed Sept. 9, 2010).

### Failure to Comply with the National Historic Preservation Act

In addition to our concerns about the importance of using existing authority under state law to protect Blair Mountain Battlefield from the adverse impacts of mining activities, it is also important to point out that the West Virginia surface mining regulatory program in general is not in compliance with Section 106 of the NHPA, 16 U.S.C. § 470f, and its implementing regulations, 36 C.F.R. Part 800.

SMA Permit No. S-5035-08 falls under the authority of the federal Surface Mining Control and Reclamation Act (SMCRA). While the federal Office of Surface Mining Reclamation & Enforcement (OSMRE) has delegated the authority to review and issue mining permits to the DEP (see WV Code 22-3-2.(c)(5)), that delegation action has not been carried out in compliance with Section 106. Although the Advisory Council on Historic Preservation (ACHP) has amended its regulations to provide that federal Section 106 review is not required for individual permit decisions, the ACHP pointed out—as OSMRE has long acknowledged—that federal approval, amendment, and funding of state-delegated programs *does* trigger the requirement of Section 106 review.[2] That review by OSMRE has never taken place with regard to West Virginia's delegated permitting program.

Finally, we understand that Aracoma Coal Company has not yet applied for any Section 404 (valley fill) permits under the Clean Water Act for this operation, although we believe that valley fills will likely be necessary for this proposed mine. Section 404 permits are subject to oversight by the U.S. Army Corps of Engineers and the U.S. Environmental Protection Agency, and therefore also subject to review under Section 106 of the National Historic Preservation Act. No mining permit for this area should be issued before Section 106 review on all necessary and relevant permits is completed.

We appreciate your consideration of the views of the National Trust for Historic Preservation and the Sierra Club in this important matter.

Sincerely,

*[signature]*

Nell Ziehl, Program Officer
Southern Field Office
National Trust for Historic Preservation

*[signature]*

Regina Hendrix
West Virginia Sierra Club

---

[2] *Indiana Coal Council v. Lujan*, 774 F. Supp. 1385 (D.D.C. 1991), *vacated in part & appeal dismissed*, Nos. 91-5397, 91-5405, 91-5406, 1993 U.S. App. LEXIS 14561, 1993 WL 184022 (D.C. Cir. Apr. 26, 1993), *appeal dismissed*, No. 91-5398 (D.C. Cir. Dec. 2, 1993). *See also* 69 Fed. Reg. 40,544, 40,550 (July 6, 2004) (citing *Indiana Coal Council*, 774 F. Supp. at 1400 "(this portion of the opinion was not vacated by the D.C. Circuit)").

Mr. Lawrence Alt, WV-DEP
November 23, 2010
Page 4

Cc:   Susan Pierce, Deputy State Historic Preservation Officer
      Ginger Mullins, U.S. Army Corps of Engineers
      John Eddins, Advisory Council on Historic Preservation
      Charlene Vaughn, Advisory Council on Historic Preservation
      Reid Nelson, Advisory Council on Historic Preservation
      John Craynon, Federal Preservation Officer,
            Office of Surface Mining Reclamation & Enforcement
      Brandon Nida, Friends of Blair Mountain
      Elizabeth Merritt, Deputy General Counsel, National Trust
      Aaron Isherwood, Senior Staff Attorney, Sierra Club
      Andrea C. Ferster, Esq.