**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| SIERRA CLUB, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-1513 (RBW) |
| KEN SALAZAR, et al., | ) |
| Defendants. | ) |

_____

**ORDER**

In accordance with the Memorandum Opinion issued this same date, it is hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED** that the decision of the Keeper to delist Blair Mountain Battlefield is **VACATED**. It is further

**ORDERED** that the case is **REMANDED** to the defendants for further proceedings not inconsistent with the Memorandum Opinion issued this same date. It is further

**ORDERED** that the defendants' Cross-Motion for Summary Judgment is **DENIED**. It is further

**ORDERED** that the Status Conference scheduled for April 21, 2016 is **VACATED**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 11th day of April, 2016.

REGGIE B. WALTON
United States District Judge