**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SIERRA CLUB, et al.,

        Plaintiffs,                  NO. 1:10-cv-01513-RBW

    v.

SALLY JEWELL, et al.,

        Defendants.

**DEFENDANTS' NOTICE OF APPEAL**

Defendants — Sally Jewell, the United States Department of the Interior, Jon Jarvis, and Stephanie Toothman[1] — hereby lodge notice of their appeal to the United States Court of Appeals for the District of Columbia from this Court's April 11, 2016, Order (ECF No. 51) and Memorandum Opinion (ECF No. 52) granting Plaintiff's Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment.

DATED this 10th day of June, 2016.

                                    JOHN C. CRUDEN
                                    Assistant Attorney General
                                    United States Department of Justice

                                    _/s/ Ty Bair_
                                    TY BAIR
                                    United States Department of Justice
                                    Environment and Natural Resources Division

---

[1] Stephanie Toothman, Keeper of the National Register of Historic Places, is automatically substituted for Carol D. Shull, former Interim Keeper of the National Register of Historic Places, under Fed. R. Civ. P. 25(d).

        Natural Resources Section
        P.O. Box 663
        Washington, D.C.   20044-0663
        Phone: (202) 307-3316
        Fax:       (202) 305-0506
        E-mail: tyler.bair@usdoj.gov

        Attorney for Defendants